IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

In Re                                              )
    Ryan J Selness-Levario, and   )    Case No.: 15-60643
    Stephanie N Selness-Levario   )
                                  )
    Debtors                       )

Amendment to Chapter 13 Plan

Come Now Debtors, by and through their attorney of record, and amend the filed Chapter 13 Plan to reflect the following:

1.    On page Three (3) of the filed chapter 13 plan, paragraph Seven (7c) shall be amended to reflect the following:

    7c.    Claims to which §506 valuation is not applicable:

Claims listed in this subsection consist of debts secured by a purchase money security interest in a vehicle acquired for the personal use of the debtor for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing.  See §1325(a)(5) and the hanging paragraph.

| Creditor name | Last 4 digits of account # | Collateral | Interest rate | EMA payment through plan |
|---|---|---|---|---|
| **Great Southern Bank** | **xxxxx9928** | **2004 Chevy Tahoe, 200,000 miles** | **4.52** | **$50.00**\*\* |
| **Tower Loan** | **xxxxxxx3230** | **2 nightstands, 2 mirrors, 2 lamps** | **4.52** | **$15.00** |

2.    On page Three (3) of the filed chapter 13 plan, paragraph Seven (7d) shall be amended to reflect the following:

    7d.    Claims to which §506 valuation is applicable:

Claims listed in this subsection consist of any PMSI claims secured by personal property not described in paragraph 7(c) above.  The portion of any allowed claim that exceeds the value indicated below shall be treated as a non-priority unsecured claim.  See §§1325(a)(5) and 506(a).

| Creditor name | Last 4 digits of account # | Collateral | Value of collateral | Interest rate | EMA payment through plan |
|---|---|---|---|---|---|
| Tower Loan | xxxxxxx2651 | Queen Bed, 3 Metal Frames, Box Spring, headboard | $275.00 | 4.52 | $14.30 |
| Tower Loan | xxxxxxx2671 | 2 sofas, 1 candle holder, 1 headboard, 1 nightstand, 2 floor lamp | $535.00 | 4.52 | $14.43 |
| Wfs Financial/Wachovia Dealer Srvs | xxxxxxxx6794 | 2008 Chevy Uplander Mini van, 108,000 miles- body damage | $4,500.00 | 4.52 | $50.00\*\* |

1

3. On page Five (5) of the filed chapter 13 plan, the following language is to be changed under paragraphs Twelve (12d) and Thirteen (13):

12 d.   Choose only **one** treatment of non-priority unsecured creditors below:

**i.**  ☐ A dividend of 100%.

**ii.** ☐ A dividend of 0%.

**iii.** ☐ A base plan.  The base is __ months of payments.

**iv.** ☒ Liquidation Analysis Pot (LAP)

There is non-exempt equity of $ **2350\***

**13.   OTHER REMARKS OR PROVISIONS**

**\*LAP include preference payment to Craig Stephenson of $2350.00**
\*\* The EMA to Great Southern Bank will increase to $130.00 per month and the EMA to Wfs Financial/Wachovia Dealer Srvs will increase to $125.00 per month once Debtors' plan payment increases to $405.00 per month.

4. All other provisions of the Plan are to remain the same.

Respectfully Submitted,

/s/Ted L. Tinsman
Ted L. Tinsman, # 40745
Douglas, Haun & Heidemann, P.C.
1910 E. Battlefield, Suite A
Springfield, Missouri  65804
Phone:  (417)887-4949
Fax:     (417)887-8618

ted@dhhlawfirm.com

ATTORNEY FOR DEBTOR(S)

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above Amendment to Chapter 13 plan was sent on August 18, 2015 by First Class US Mail, postage prepaid, to all parties as listed on the Court's Creditor Mailing Matrix, not receiving electronic notice.

/s/Ted L. Tinsman
Ted L. Tinsman, #40745